# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES COBB**<br>1734 U Street, NW<br>Washington, DC  20009 | * <br> * <br> * <br> * |
| **MICHAEL COBB, Individually**<br>7816 Morningside Drive, NW<br>Washington, DC  20012-1449 | * <br> * <br> * <br> * |
| **MICHAEL COBB, as Statutory Power of**<br>**Attorney for Earline Cobb**<br>7816 Morningside Drive, NW<br>Washington, DC  20012-1449 | * <br> * <br> * <br> * <br> * |
| **JAMES COBB & ASSOCIATES, PC**<br>803 Florida Avenue, NW<br>Washington, DC  20001 | * <br> * <br> * <br> * |
| Plaintiffs, | * <br> * |
| v. | *     Civil Action No.: <br> * |
| **JAMES WESLEY COBB, JR.**<br>11328 Bishops Gate Lane<br>Laurel, MD  20723 | * <br> * <br> * <br> * |
| and | * <br> * |
| **SABRINA COBB**<br>11328 Bishops Gate Lane<br>Laurel, MD  20723 | * <br> * <br> * <br> * |
| and | * <br> * |
| **MERRILL LYNCH & CO., INC.**<br>Serve:  C.T. Corporation System<br>1015 15th Street, NW, Suite 1000<br>Washington, DC  20005 | * <br> * <br> * <br> * <br> * |
| Defendants. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF REMOVAL

Defendant Merrill Lynch & Co., Inc., by its attorneys, Ira L. Oring and Fedder and Garten Professional Association, pursuant to 28 U.S.C. Sections 1441 et seq., hereby files this Notice of Removal and states:

1.      The Plaintiffs Charles Cobb, Michael Cobb, and James Cobb & Associates, Inc. filed a Complaint in the Superior Court for the District of Columbia on May 2, 2006.  A Writ of Summons was issued on May 2, 2006.  (See Exhibit A – Summons, Complaint, and Interrogatories).  Said action has been assigned Civil No. 0003344-06.

2.      Defendant Merrill Lynch & Co., Inc. was served with the Complaint on May 5, 2006.

3.      The above-entitled action wholly involves citizens of different states.  At the time of commencement of this action in the Superior Court for the District of Columbia, and since that time, based upon those allegations in the Complaint, the Plaintiffs Charles Cobb and Michael Cobb were residents of the District of Columbia, and the Plaintiff James Cobb & Associates is a professional corporation organized under the laws of the District of Columbia, with a principal place of business in a state other than the State of Maryland.  (See ¶¶ 2-3 of the attached Complaint).  At the time of commencement of this action, and since that time, as alleged in the Complaint, the Defendants James Wesley Cobb, Jr. and Sabrina Cobb were residents of the State of Maryland.  (See ¶¶ 4-5 of the attached Complaint). Merrill Lynch & Co.,

Inc. was at the time of the filing of the Complaint and still is a Delaware corporation, with its principal place of business in the State of New York.[1]

4.      The amount in controversy, exclusive of interest and costs, is in excess of $75,000.00, as more fully appears in Plaintiff's Complaint (See ¶¶ 29 of the attached Complaint).

5.      This Court therefore has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332 since there is complete diversity of citizenship, and accordingly removal of the action to this Court is proper pursuant to 28 U.S.C. §1441.

6.      This Notice of Removal has been filed within thirty (30) days of the date Defendant Merrill Lynch & Co., Inc. was served with the Complaint in Civil No. 0003344-06.

7.      Attached hereto as Exhibit B is a copy of the Notice of Filing of Removal that is being filed with the Superior Court of the District of Columbia.

8.      Pursuant to 28 U.S.C. Section 1446, a copy of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit A.


Ira L. Oring
Fedder and Garten Professional Association
36 South Charles Street, #2300
Baltimore, Maryland 21201
(410) 539-2800
Attorneys for Defendant
Merrill Lynch & Co., Inc.
Bar No. 480088

---

[1] Although the Plaintiff has named as the Defendant "Merrill Lynch & Co., Inc., the correct named defendant would be Merrill Lynch, Pierce, Fenner & Smith, Incorporated". However, both Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated were at the time the action was filed, and still are, Delaware corporations, with their principal place of business in the State of New York. Accordingly, under any set of circumstances, there is complete diversity of citizenship.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2006, a copy of the foregoing Notice of Removal was sent by first class mail, postage prepaid, to:

>Matthew H. Goodman, Esquire
>Natalie O. Ludaway, Esquire
>Leftwich & Ludaway, LLC
>1400 K Street, NW, Suite 1000
>Washington, DC 20005-2304
>
>James Wesley Cobb, Jr.
>11328 Bishops Gate Lane
>Laurel, Maryland 20723
>
>Sabrina Cobb
>11328 Bishops Gate Lane
>Laurel, Maryland 20723

Ira L. Oring