IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES COBB, et al. | * |
| Plaintiffs, | * |
| v. | * |
| | Civil Action No.: 003344-06 |
| MERRILL LYNCH & CO., INC., et al. | * U.S. District Court Case No.:_____ |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF NOTICE OF REMOVAL

MR. CLERK:

Please take notice that on May 24, 2006, pursuant to 28 U.S.C. Section 1441 and 1446, as well as 28 U.S.C. Section 1332, Defendant Merrill Lynch & Co., Inc. filed a Notice of Removal with the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached hereto as Exhibit A.

_____
Ira L. Oring
Fedder and Garten Professional Association
2300 Charles Center South
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-2800
Attorneys for Defendant
Merrill Lynch & Co, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of May, 2006, a copy of the foregoing was mailed, postage-paid to:

>Matthew H. Goodman, Esquire
>Natalie O. Ludaway, Esquire
>Leftwich & Ludaway, LLC
>1400 K Street, NW, Suite 1000
>Washington, DC 20005-2304
>
>James Wesley Cobb, Jr.
>11328 Bishops Gate Lane
>Laurel, Maryland 20723
>
>Sabrina Cobb
>11328 Bishops Gate Lane
>Laurel, Maryland 20723

_____
Ira L. Oring