## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES COBB, et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    **Civil Action No.:** |
| | * |
| JAMES WESLEY COBB, JR., et al. | * |
| | * |
| Defendants. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Merrill Lynch & Co., Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Merrill Lynch & Co., Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

_Ira L. Oring / MEA_
Ira L. Oring
Fedder and Garten Professional Association
36 South Charles Street, #2300
Baltimore, Maryland 21201
(410) 539-2800
Attorneys of Record for Defendant
Merrill Lynch & Co., Inc.
Bar No. 480088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2006, a copy of the foregoing

Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the

District of Columbia was sent by first class mail, postage prepaid, to:

Matthew H. Goodman, Esquire
Natalie O. Ludaway, Esquire
Leftwich & Ludaway, LLC
1400 K Street, NW, Suite 1000
Washington, DC 20005-2304

James Wesley Cobb, Jr.
11328 Bishops Gate Lane
Laurel, Maryland 20723

Sabrina Cobb
11328 Bishops Gate Lane
Laurel, Maryland 20723

Ira L. Oring

2