IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| ) | |
| v.        ) | Civil Action No.: 06-0974 (JCKK) |
| ) | |
| **Merrill Lynch & Co., et. al.**        ) | |
| ) | |
| ) | |
| **Defendants.**        ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), will the Clerk of Court please note the appearance of the following counsel on behalf of Plaintiffs: Natalie O. Ludaway and Matthew H. Goodman, Leftwich & Ludaway, LLC, 1400 K Street, N.W., Suite 1000, Washington, DC 20005.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**


_____/s/_____
Natalie O. Ludaway (# 405149)
noludaway@leftwichlaw.com
Matthew H. Goodman (# 445404)
mgoodman@leftwichlaw.com
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100
(202) 783-3420 (facsimile)

*Counsel for Plaintiffs.*

## CERTIFICATE OF SERVICE

I certify that on the 31[th] day of May, 2006, the foregoing Entry of Appearance was served via electronic service upon:

Ira Oring, Esq.
Fedder and Garten
36 South Charles Street
Suite 2300
Baltimore, MD 21201
Counsel for Merrill Lynch & Co., Inc.

And by regular, first-class mail to:

James Cobb, Jr.
11755 Pindell Chase Drive
Fulton, Maryland 20759-9705

And

Sabrina Cobb
11755 Pindell Chase Drive
Fulton, Maryland 20759-9705


                                                                                                      _____/s/_____
                                                                                                        Matthew H. Goodman