U.S. District Court

~~SUPERIOR COURT OF THE DISTRICT OF COLUMBIA~~
CIVIL DIVISION

| | |
|---|---|
| CHARLES COBB, et al. ) | |
| ) | |
| Plaintiffs, ) | ~~ca-003344-06~~ 06-00974-CKK |
| ) | |
| v. ) | |
| ) | |
| JAMES COBB, et al. ) | |
| ) | |
| Defendants ) | |
| _____) | |

## SABRINA COBB'S ANSWER TO COMPLAINT

Defendant Sabrina Cobb, for her answer to the complaint, states the following:

With respect to the plaintiffs' request for relief, Sabrina Cobb, denies that the plaintiffs are entitled to the relief requested, or to any other relief.

As to each numbered paragraph in the complaint, Sabrina Cobb, states as follows:

1. No response is required. Therefore, deny.

2. Admit that Michael Cobb and Charles Cobb are residents of the District of Columbia. Sabrina Cobb, is without knowledge or information sufficient to form a belief as to the truth of whether Michael Cobb and Charles Cobb are "power of attorney for Earline Cobb." Michael Cobb and Charles Cobb do not have the authority to sue, either individually or in a representative capacity. Therefore, deny.

3. This averment requires a legal conclusion. Therefore, deny.

4. Admit.

RECEIVED
MAY 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. Admit.

6. These averments require legal conclusions. Therefore, deny.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

16. Admit that James Wesley Cobb, Jr., was Earline Cobb's appointed power of attorney. Otherwise, deny.

17. These averments require legal conclusions. Therefore, deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

### FIRST DEFENSE

Sabrina Cobb, states that the plaintiffs lack standing.

### SECOND DEFENSE

Sabrina Cobb, states that a necessary party has not been made a party to this action.

### THIRD DEFENSE

Sabrina Cobb, pleads the affirmative defense release.

### FOURTH DEFENSE

Sabrina Cobb did not breach any duty to the plaintiffs.

### FIFTH DEFENSE

Plaintiffs do not have the authority to sue.

### SIXTH DEFENSE

Sabrina Cobb did not breach any duty to the Plaintiff.

### SEVENTH DEFENSE

Sabrina Cobb did not commit the wrongs alleged and is not guilty or liable as alleged in the complaint.

### EIGHTH DEFENSE

Sabrina Cobb had no intent to commit any alleged offense in the complaint.

WHEREFORE, Sabrina Cobb, demands that the plaintiffs complaint be dismissed, with prejudice, and that the court award costs and any other appropriate relief as the court deems necessary.

All averments not specifically admitted are denied.

Respectfully submitted,

*/s/ Sabrina Cobb*
Sabrina Cobb
11755 Pindell Chase Drive
Fulton, MD 20759
(301) 725-5981

Pro Se

5

<u>Certificate of Service</u>

       I hereby certify that I served a copy of the foregoing by first-class mail, postage prepaid, to Natalie Ludaway and Matthew H. Goodman, 1440 K Street, N.W., Suite 1000, Washington, D.C. 20005-2304, on this 31st day of May, 2006.

_____
Sabrina Cobb