U.S. District Court

~~SUPERIOR COURT OF THE DISTRICT OF COLUMBIA~~

CIVIL DIVISION

| | |
|---|---|
| CHARLES COBB, et al. ) | |
| ) | |
| Plaintiffs, ) | ~~CA-0003344-06~~ 06-00974-CKK |
| ) | |
| v. ) | |
| ) | |
| JAMES COBB, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## JAMES WESLEY COBB, JR.'S ANSWER TO COMPLAINT

Defendant James Wesley Cobb, Jr., for his answer to the complaint, states the following:

With respect to the plaintiffs' request for relief, James Wesley Cobb, Jr., denies that the plaintiffs are entitled to the relief requested, or to any other relief.

As to each numbered paragraph in the complaint, James Wesley Cobb, Jr., states as follows:

1. No response is required. Therefore, deny.

2. Admit that Michael Cobb and Charles Cobb are residents of the District of Columbia. James Wesley Cobb, Jr., is without knowledge or information sufficient to form a belief as to the truth of whether Michael Cobb and Charles Cobb are "power of attorney for Earline Cobb." Michael Cobb and Charles Cobb do not have the authority to sue, either individually or in a representative capacity. Therefore, deny.

RECEIVED
MAY 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. This averment requires a legal conclusion. Therefore, deny.

4. Admit.

5. Admit.

6. These averments require legal conclusions. Therefore, deny.

7. Admit as to now.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. Deny.

13. These averments require legal conclusions. Therefore, deny.

14. Deny.

15. Deny.

16. Admit that James Wesley Cobb, Jr., was Earline Cobb's appointed power of attorney. Otherwise, deny.

17. These averments require legal conclusions. Therefore, deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. James Wesley Cobb, Jr., is without knowledge or information sufficient to form a belief as to the truth of these averments. Therefore, deny.

27. These averments require legal conclusions. Therefore, deny.

28. Deny.

29. Deny.

### FIRST DEFENSE

James Wesley Cobb, Jr., state that the plaintiffs lack standing.

### SECOND DEFENSE

James Wesley Cobb, Jr., state that a necessary party has not been made a party to this action.

### THIRD DEFENSE

James Wesley Cobb, Jr., pleads the affirmative defense of payment.

### FOURTH DEFENSE

James Wesley Cobb, Jr., pleads the affirmative defense release.

### FIFTH DEFENSE

James Wesley Cobb, Jr., did not breach any duty to the plaintiffs.

### SIXTH DEFENSE

Plaintiffs do not have the authority to sue.

## SEVENTH DEFENSE

James Wesley Cobb, Jr., did not breach any duty to the Plaintiff.

## EIGHTH DEFENSE

James Wesley Cobb, Jr., did not commit the wrongs alleged and are not guilty or liable as alleged in the complaint.

## NINTH DEFENSE

James Wesley Cobb, Jr., had no intent to commit any alleged offense in the complaint.

WHEREFORE, James Wesley Cobb, Jr., demands that the plaintiffs complaint be dismissed, with prejudice, and that the court award costs and any other appropriate relief as the court deems necessary.

All averments not specifically admitted are denied.

Respectfully submitted,

James Wesley Cobb, Jr.
1755 Pindell Chase Drive
Fulton, MD 20759
(301) 725-5981

Pro Se

## Certificate of Service

      I hereby certify that I served a copy of the foregoing by first-class mail, postage prepaid, to Natalie Ludaway and Matthew H. Goodman, 1440 K Street, N.W., Suite 1000, Washington, D.C. 20005-2304, on this 31st day of May, 2006.

*James Wesley Cobb, Jr.*