IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## PARTIAL CONSENT MOTION TO CORRECT MISNOMER

COME NOW the Plaintiffs, Charles Cobb, Michael Cobb and James Cobb & Associates, P.C., by and through counsel, and by way of Motion to Correct Misnomer respectfully requests that this Court correct the caption of this case to reflect the proper name of Defendant Merrill Lynch, as more fully set forth below:

1. Plaintiffs have brought a several count complaint against Defendants James Cobb, Jr., Sabrina Cobb and Merrill Lynch & Company ("Merrill Lynch").

2. It has come to Plaintiffs' attention that while they served the correct Defendant, the correct name for Merrill Lynch & Company, Inc., is Merrill Lynch, Pierce, Fenner & Smith, Incorporated.

3. Plaintiffs hereby seek to correct the caption of the case by reflecting the proper name of Defendant Merrill Lynch & Company to Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as noted in the above caption.

4. Counsel for Merrill Lynch consents to this Motion. Plaintiffs have been unable to ascertain the positions of *pro se* Defendants James Cobb, Jr. and Sabrina Cobb.

5.      As this litigation is in the early stages and the scheduling conference is not scheduled to take place until July 10, 2006, neither Defendants James Cobb nor Sabrina Cobb would sustain any prejudice should Plaintiffs' Motion to Correct Misnomer be granted.

WHEREFORE, in view of the above, Plaintiffs respectfully request that their Motion to Correct Misnomer be granted and that the Clerk of Court correct the caption of this case to reflect the proper name for Defendant Merrill Lynch.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie O. Ludaway (Bar. No. 405149)
Matthew H. Goodman (Bar No. 445404)
Leftwich & Ludaway, LLC
1400 K Street, N.W.,
Suite 1000
Washington, D.C. 20005-2304
(202) 434-9100 (telephone)
(202)783-3420 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on the 21 day of June, 2006, the foregoing Partial Consent Motion to Correct Misnomer was served electronically upon:

Ira Oring, Esq.
Fedder and Garten
36 South Charles Street
Suite 2300
Baltimore, MD 21201

And by regular, first-class mail to:

James Cobb, Jr.
11755 Pindell Chase Drive
Fulton, Maryland 20759-9705

    And

Sabrina Cobb
11755 Pindell Chase Drive
Fulton, Maryland 20759-9705

/s/
Matthew H. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| **Merrill Lynch, Pierce, Fenner & Smith, Inc., et. al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Partial Consent Motion to Correct Misnomer, and a review of the entire record, it is by the Court this _____ day of _____, 2006

ORDERED, that Plaintiffs' Partial Consent Motion to Correct Misnomer be and the same is hereby granted, and it is further

ORDERED, that the Clerk shall cause the caption in this matter to reflect Defendant Merrill Lynch & Co's corrected name of Merrill Lynch, Pierce, Fenner & Smith, Incorporated.

JUDGE KOLLAR-KOTELLY