IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Charles Cobb, et. al.                                    )
                                                          )
        Plaintiffs,                                      )
                                                          )
v.                                                        ) Civil Action No.: 06-0974(JCKK)
                                                          )
                                                          )
Merrill Lynch, Pierce, Fenner                            )
& Smith, Incorporated, et. al.                           )
                                                          )
        Defendants.                                      )
_____                     )

## PARTIAL JOINT RULE 26(F) REPORT

Pursuant to F.R.C.P. 26(f) and Local Rule 16.3(c), the parties hereby jointly

submit this Rule 26(f) Report:[1]

### 1.    Dispositive Motions Deadline

Merrill Lynch believes that a summary judgment motion will be warranted at the

conclusion of discovery that will dispose of the case against Merrill Lynch.  Plaintiffs

believe that summary judgment against Defendants may be appropriate at the conclusion

of discovery.  The parties propose that dispositive motions be filed within forty-five (45)

days after the discovery deadline.  The parties propose a date for a decision on the

motions (30) days thereafter.

### 2.    Add Parties or Amend Pleadings

Plaintiffs and Defendants agree to add parties or amend the pleadings within 15

days following the scheduling conference.  It is premature at this time to determine

whether the factual or legal issues in this case can be narrowed.

---

[1]    Michael Rosier, counsel for Sabrina Cobb, has not had the opportunity to participate in the preparation
of this report due to his recent involvement in this case.

3.      **Assignment to Magistrate**

The parties do not agree of the assignment of any portion of this case to a

magistrate.

4.      **Settlement and ADR**

The parties have discussed settlement and report that no settlement at this time

appears likely.   The parties agree that ADR would be appropriate following resolution of

all dispositive motions.

5.      **Initial Disclosures**

The parties agree to abide by the requirements of Rule 26 respecting initial

disclosures.

6.      **Discovery Deadline**

Plaintiffs and Defendants propose that all non-expert discovery conclude 120 days

after the date of entry of the Court's Scheduling Order.  All expert discovery shall

conclude 15 days thereafter.

The parties agree that no changes to the federal discovery rules are necessary.

7.      **Expert Disclosures**

The parties propose that the expert disclosure deadline for Plaintiffs be 50 days

prior to the conclusion of discovery and that the expert disclosure deadline for

Defendants be 20 days thereafter.

8.      **Bifurcation**

The parties do not believe that bifurcation is necessary.

9.      **Pretrial Conference**

The parties propose that the pretrial conference be scheduled no earlier than thirty (30) days after resolution of any and all dispositive motions. The parties also propose that a trial date be scheduled at the pretrial conference.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**


_____/s/_____
Natalie Ludaway, D.C. Bar #405149
Matthew H. Goodman, D.C. Bar #445404
1400 K Street, NW, Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)
*Counsel for Plaintiffs*


_____/s/_____
Ira L. Oring, D.C. Bar #480088
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, MD 21201
(410) 539-2800
Facsimile: (410) 659-0543
*Counsel for Merrill Lynch, Pierce, Fenner
& Smith, Incorporated*


_____/s/_____
James E. McCollum, Jr., Bar#398117
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD  20740
301 864-6070
*Counsel for James Cobb, Jr.*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2006, the foregoing Partial Joint Rule 26(f) Report was served electronically upon:

Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036

_____

Matthew H. Goodman