IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles Cobb, et. al. )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>Merrill Lynch, Pierce, Fenner )<br>& Smith, Incorporated, et. al )<br>)<br>    Defendants. )<br>)  | Civil Action No. 06-0974(JCKK) |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of James Cobb, Jr.

Please direct all correspondence to the address listed below.

                                              Respectfully submitted,

                                              _____/s/_____
                                              James E. McCollum, Jr.
                                              D.C. Bar 398117
                                              McCollum & Associates, LLC
                                              7309 Baltimore Avenue
                                              Suite 117
                                              College Park, MD 20740
                                              (301) 864-6070

                                              Attorney for James Cobb, Jr.

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was served electronically, this 3<u>rd</u> day of July, 2006, to:

Natalie Ludaway
Matthew H. Goodman
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

Ira L. Oring
Fedder and Garten Professional Association
36 South Charles Street
Suite 2300
Baltimore, Maryland 21201

Michael Rosier, Esquire
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, D.C. 20036

_____/s/_____
James E. McCollum, Jr.