United States District Court
For the District of Columbia

Charles Cobb, et. al         :
                             :
      Plaintiff              :
                             :
v.                           :   Civil Action No.: 06-974
                             :   Judge C. Kollar-Kotelly
James W. Cobb, et. al        :
                             :
      Defendant              :

**ENTRY OF APPEARANCE**

To the Clerk:

Please enter my appearance on behalf of Defendant, Sabrina Cobb in the above referenced matter.

Respectfully Submitted,

*Michael Rosier*

_____
LAW OFFICES OF ROSIER & ASSOCIATES
Michael S. Rosier, Esquire
Attorney for the Defendant, Sabrina Cobb
4500 Forbes Boulevard, Suite 400
Lanham, MD 20706
(301) 567-6700

CERTIFICATE OF SERVICE

I hereby certify that on the __5th__ day of July, 2006, I mailed a copy of this Line to: Leftwich & Ludaway, Attn: Matthew Goodman, Esquire, 1400 K Street, Ste. 1000, Washington, DC 20005, attorney for Plaintiffs; and James E. McCollum, Jr., 7309 Baltimore Avenue, Suite 117, College Park, Maryland 20740, attorney for James Cobb, Jr..

M i c h a e l    R o s i e r
_____
Michael S. Rosier

LINE.app
sj/mr/motions