IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles Cobb, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| | ) Next event: January 12, 2007 |
| Merrill Lynch, Pierce, Fenner | )         Status Conference |
| & Smith, Incorporated, et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### SERVICE OF RULE 26(a) INITIAL DISCLOSURES BY PLAINTIFFS

Plaintiffs, by and through counsel, hereby state that their initial disclosures under Federal Rule 26(a) were hereby served on counsel for Defendants on the 18th day of July, 2006.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

Matthew H. Goodman, D.C. Bar #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)
*Counsel for Plaintiffs*