IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
|     **Plaintiffs,** | ) ) ) |
| v. | ) Civil Action No.: 06-0974(JCKK) ) |
| **Merrill Lynch, Pierce, Fenner & Smith, Inc., et. al.** | ) ) ) ) |
|     **Defendants.** | ) ) |

## DISCOVERY PLAN

COME NOW the Parties, by and through counsel, and pursuant to this Court's request at the Scheduling Conference, respectfully submits the following Discovery Plan.

| | |
|---|---|
| Motions to Amend/Join Parties: | July 31, 2006 |
| Deposition of Sabrina Cobb: | September 13, 2006 |
| Deposition of James Cobb, Jr.: | September 14, 2006 |
| Deposition of Michael Cobb: | September 26, 2006 |
| Deposition of Charles Cobb: | September 29, 2006 |
| Proponents Rule 26(a)(2)(B) Statement: | October 27, 2006 |
| All written discovery served by: | October 30, 2006 |
| All depositions noticed by: | November 16, 2006 |
| Opponents Rule 26(a)(2)(B) Statement: | November 20, 2006 |
| Discovery deadline: | November 30, 2006 |

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie Ludaway, D.C. Bar #405149
Matthew H. Goodman, D.C. Bar #445404
1400 K Street, NW, Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)
*Counsel for Plaintiffs*


_____/s/_____
Ira L. Oring, D.C. Bar #480088
Fedder and Garten Professional Association
36 South Charles Street, Suite 2300
Baltimore, MD 21201
(410) 539-2800
Facsimile: (410) 659-0543
*Counsel for Merrill Lynch, Pierce, Fenner & Smith, Incorporated*


_____/s/_____
James E. McCollum, Jr., Bar#398117
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD  20740
(301) 864-6070
*Counsel for James Cobb, Jr.*


_____/s/_____
Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
(301)567-6700
*Counsel for Sabrina Cobb*

Case 1:06-cv-00974-CKK    Document 16    Filed 07/20/2006    Page 3 of 3