IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES COBB,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:06-cv-974 |
| **MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,** *et al.* | * | Next Event:  January 12, 2007 Status Conference |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * *

## NOTICE OF SERVICE OF RULE 26(a) INITIAL DISCLOSURES BY DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED

Defendant, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, by and through counsel, hereby states that its initial disclosures under Federal Rule 26(a) were hereby served on counsel for all parties on this 21st day of July, 2006.

/s/
Ira L. Oring, D.C. Bar No. 480088
Fedder and Garten, Professional Association
36 South Charles Street, Suite 2300
Baltimore, Maryland 21201
(410) 539-2800
Attorneys for Defendant
Merrill Lynch, Pierce, Fenner & Smith, Incorporated