United States District Court
For the District of Columbia

| | | |
|---|---|---|
| Charles Cobb, et. al | : | |
| | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No.: 1:06-cv-974 |
| | : | Judge C. Kollar-Kotelly |
| James W. Cobb, et. al | : | |
| | : | Next Event: January 12, 2007 |
|     Defendant | : | Status Conference |

## NOTICE OF SERVICE OF RULE 26(A)
## INITIAL DISCLOSURES BY DEFENDANT, SANDRA COBB

Defendant, Sandra Cobb, by and through counsel, Rosier & Associates and Michael S. Rosier hereby states that its initial disclosures under Federal Rule 26(a) were hereby served on counsel for all parties on this 14th day of August, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2006, I e-mailed a copy of this Notice to: Leftwich & Ludaway, Attn: Matthew Goodman, Esquire, 1400 K Street, Ste. 1000, Washington, DC 20005, attorney for Plaintiffs; and James E. McCollum, Jr., 7309 Baltimore Avenue, Suite 117, College Park, Maryland 20740, attorney for James Cobb, Jr. and Ira L. Oring, Fedder and Garten, 36 S. Charles Street, Suite 2300, Baltimore, MD 21201, Attorneys of Defendant, Merrill Lynch.

Respectfully Submitted,

Michael Rosier

_____
LAW OFFICES OF ROSIER & ASSOCIATES
Michael S. Rosier, Esquire
Attorney for the Defendant, Sabrina Cobb
4500 Forbes Boulevard, Suite 400
Lanham, MD 20706
(301) 567-6700

```
LINE.app
sj/mr/motions
```