IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES COBB, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 06-0974 (JCKK) |
| ) | |
| MERRILL LYNCH, PIERCE, FENNER ) | Next Event: January 12, 2007 |
| & SMITH, INCORPORATED, et. al., ) | Status Conference |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SERVICE OF RULE 26(A)**
**INITIAL DISLCOSURES BY DEFENDANT JAMES W. COBB, JR.**

Defendant, James W. Cobb, Jr., by and through undersigned counsel, hereby states that his initial disclosures under Federal Rule 26(a) were hereby served on counsel for all parties on this 24th day of August, 2006.

Respectfully submitted,

_____/s/_____
James E. McCollum, Jr.
Federal Bar # 06448

_____/s/_____
Amit K. Sharma
Federal Bar # 16660

McCollum & Associates, LLC
P.O. Box 1717
7309 Baltimore Avenue
Suite 117
College Park, MD
301-864-6070

*Attorneys for James W. Cobb, Jr.*