IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
|    **Defendants.** | ) |
| _____ | ) |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

COME NOW the Plaintiffs, Charles Cobb, Michael Cobb and James Cobb & Associates, P.C., by and through counsel, and by way of Motion to Compel Discovery respectfully requests that this Court enter an order compelling Defendants James Cobb, Jr. and Sabrina Cobb ("Defendants") to provide full and complete Answers to Interrogatories and to produce all documents responsive to Plaintiffs' Request for Production of Documents within 10 days, as more fully set forth below:

    1.    Plaintiffs served Defendants James Cobb, Jr. and Sabrina Cobb with interrogatories and a request for production via courier on July 14, 2006.[1] Pursuant to Federal Rule 33 and 34, Defendants' discovery responses were due by August 14, 2006.

    2.    By correspondence dated August 16, 2006, Plaintiffs inquired into the status of their outstanding discovery. (Exhibit 1) While Defendant James Cobb, Jr. has provided various documents as part of his initial disclosure under Rule 26, he has failed to provide Answers to Interrogatories or produce documents responsive to Plaintiffs'

---

[1] Defendants were initially served with discovery on May 11, 2006, when this matter was pending in the Superior Court for the District of Columbia prior to removal to this Court.

requests. Counsel for Defendant Sabrina Cobb has requested a three-week extension to provide discovery.

   3.  Defendants depositions were scheduled several weeks ago and will take place on September 13th and 14th.[2] Plaintiffs' require receipt of Defendants' discovery materials prior to the scheduled depositions to allow for an effective examination. Additionally, court-ordered mediation has been rescheduled to take place on September 15, 2006. Defendants' lack of discovery responses will hinder the effectiveness of this mediation.

   4.  Defendants discovery responses are past due and the Plaintiffs require these materials prior to the Defendants' depositions and mediation scheduled for mid-September.

   WHEREFORE, in view of the above, Plaintiffs respectfully request that this Court enter an order directing Defendants to produce full and complete Answers to Interrogatories and produce all documents responsive to Plaintiffs' Request for Production of Documents by September 8, 2006.

---

[2] Given the number of attorneys and counsel in this case and the difficulties presented in scheduling the depositions for September 13th and 14th, rescheduling the depositions to a later date will prove quite difficult.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie O. Ludaway (Bar. No. 405149)
Matthew H. Goodman (Bar No. 445404)
Leftwich & Ludaway, LLC
1400 K Street, N.W.,
Suite 1000
Washington, D.C. 20005-2304
(202) 434-9100 (telephone)
(202)783-3420 (facsimile)

## CERTIFICATE OF GOOD FAITH

Prior to the filing of the instant Motion, the undersigned has attempted to confer with opposing counsel in good faith.


_____//s//_____
Matthew Goodman

## CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2006, the foregoing Plaintiffs' Motion to Compel Discovery was served electronically upon:

Ira Oring, Esq.
Fedder and Garten
36 South Charles Street
Suite 2300
Baltimore, MD 21201

Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
Counsel for Sabrina Cobb

James E. McCollum, Jr., Esq.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD  20740
Counsel for James Cobb, Jr.

_____//s//_____
Matthew H. Goodman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Compel Discovery, and a review of the entire record, it is by the Court this _____ day of

_____, 2006

ORDERED, that Plaintiffs' Motion to Compel Discovery be and the same is hereby granted, and it is further

ORDERED, that Defendants James Cobb, Jr. and Sabrina Cobb shall provide full and complete Answers to Interrogatories and produce all documents responsive to Plaintiffs' Request for Production of Documents by September 8, 2006.

_____
JUDGE KOLLAR-KOTELLY