

**Leftwich&Ludaway** LLC

*Willie L. Leftwich Retired*

August 16, 2006

**Via electronic and first-class mail**

rosierEsq@aol.com
Michael Rosier, Esquire
1025 Connecticut Ave. N.W.
Suite 1012
Washington, D.C. 20036

jmccollum@jmlaw.net
James McCollum, Jr., Esquire
McCollum & Associates, LLC
7309 Baltimore Ave., Suite 117
College Park, MD 20740

    Re:   *Cobb v. Cobb*

Dear Counsel:

    A review of my file indicates that your client's discovery responses are past due.

    Please provide your client's executed Answers and copies of all documents responsive to Plaintiffs' Request for Production of Documents by close of business Friday, August 18, 2006, to avoid the filing of a motion to compel.

    I look forward to hearing from you.

                          Sincerely,

                          Matthew H. Goodman