United States District Court
For the District of Columbia

Charles Cobb, et. al          :
                              :
    Plaintiff                 :
v.                            :     Civil Action No.: 06-974
                              :     Judge C. Kollar-Kotelly
Merrill Lynch, et. al   :
                              :
    Defendant                 :

### *Defendant Sabrina Cobb's Certificate Regarding Discovery*

   __X__   Interrogatories to Plaintiff, Charles Cobb

   __X__   Request for Production of Documents to Plaintiff, Charles Cobb

   __X__   Request for Admissions to Plaintiff, Charles Cobb

   __X__   Answers to Interrogatories for Plaintiff, Charles Cobb

   __X__   Answers to Interrogatories for Defendant, Merrill Lynch

   __X__   Response to Request for Production of Documents for Defendant, Merrill Lynch

   __X__   Response to Request for Production of Documents for Plaintiff, Charles Cobb

   __X__   Request for Admissions to Plaintiff, Charles Cobb

Sincerely,

_____
Michael S. Rosier, Esquire #012465
Attorney for the Defendant, Sabrina Cobb
4500 Forbes Boulevard, Suite 400
Lanham, MD 20706
(301) 567-6700

### CERTIFICATE OF SERVICE

     I hereby certify that on the _____ day of September, 2006, I mailed a copy of Defendant Sabrina Cobb's Certificate Regarding Discovery was sent to: Leftwich & Ludaway, Attn: Matthew Goodman, Esquire, 1400 K Street, Ste. 1000, Washington, DC 20005, attorney for Plaintiffs; and

James E. McCollum, Jr., 7309 Baltimore Avenue, Suite 117, College Park, Maryland 20740, attorney for James Cobb, Jr. and Ira L. Oring, Fedder and Garten Professional Association, 36 South Charles Street, #2300, Baltimore, MD 21201 attorney for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.

Michael S. Rosier