**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No.: 06-0974(JCKK)** |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### <u>CONSENT MOTION TO STAY CASE PENDING FINALIZATION OF SETTLEMENT DOCUMENTS</u>

Plaintiffs Charles Cobb, Michael Cobb, Earline Cobb (through her power of

attorney, Michael Cobb) and James Cobb & Associates, P.C., and Defendants Sabrina

and James Cobb have reached agreement on the essential terms of a settlement.  In

accordance with the Court's Order dated July 10, 2006, all of the parties hereby request

that the Court enter an order staying all activity in this case until October 11, 2006, so as

to allow the parties' time to review and execute the settlement documents.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie O. Ludaway (Bar. No. 405149)
Matthew H. Goodman (Bar No. 445404)
Leftwich & Ludaway, LLC
1400 K Street, N.W.,
Suite 1000
Washington, D.C. 20005-2304
(202) 434-9100 (telephone)
(202)783-3420 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on the 9th day of October, 2006, the foregoing Consent Motion to Stay Case was served electronically upon:

Ira Oring, Esq.
Fedder and Garten
36 South Charles Street
Suite 2300
Baltimore, MD 21201

Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
Counsel for Sabrina Cobb

James E. McCollum, Jr., Esq.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Counsel for James Cobb, Jr.

_____//s//_____
Matthew H. Goodman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No.: 06-0974(JCKK)** |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

## <u>ORDER</u>

UPON CONSIDERATION of the Consent Motion to Stay Case and there being

no opposition thereto, it is by the Court this _____ day of _____,

2006;

ORDERED, that the Consent Motion to Stay be and the same is hereby granted.

And it is further

ORDERED, that all activity in this case shall be stayed until October 11, 2006.


_____
JUDGE KOLLAR-KOTELLY