**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

**SECOND CONSENT MOTION TO STAY CASE PENDING FINALIZATION OF
SETTLEMENT DOCUMENTS**

Plaintiffs Charles Cobb, Michael Cobb, Earline Cobb (through her power of attorney, Michael Cobb) and James Cobb & Associates, P.C., and Defendants Sabrina and James Cobb ("Cobb Defendants") have reached a settlement. The settlement agreement requires the Cobb Defendants to take certain actions by November 18, 2006, at which time this case will be dismissed with prejudice as against all Defendants. In accordance with the Court's Order dated July 10, 2006, all of the parties hereby request that the Court enter an order staying all activity in this case until November 18, 2006, so to allow the Cobb Defendants time to perform their contractual obligations.

In the unlikely event that settlement falls through, the parties will require a modification of the Scheduling Order to provide for additional time to complete discovery that had been postponed due to settlement negotiations and to identify expert witnesses.

        Respectfully submitted,

        **LEFTWICH & LUDAWAY, LLC**

        _____//s//_____
        Natalie O. Ludaway (Bar. No. 405149)
        Matthew H. Goodman (Bar No. 445404)
        Leftwich & Ludaway, LLC
        1400 K Street, N.W.,
        Suite 1000
        Washington, D.C. 20005-2304
        (202) 434-9100 (telephone)
        (202)783-3420 (facsimile)

## **CERTIFICATE OF SERVICE**

      I certify that on the 24th day of October, 2006, the foregoing Second Consent Motion to Stay Case was served electronically upon:

Ira Oring, Esq.
Fedder and Garten
36 South Charles Street
Suite 2300
Baltimore, MD 21201

Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
Counsel for Sabrina Cobb

James E. McCollum, Jr., Esq.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Counsel for James Cobb, Jr.

                          _____//s//_____
                          Matthew H. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.: 06-0974(JCKK) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

UPON CONSIDERATION of the Second Consent Motion to Stay Case and there being no opposition thereto, it is by the Court this _____ day of _____, 2006;

ORDERED, that the Consent Motion to Stay be and the same is hereby granted. And it is further

ORDERED, that all activity in this case shall be stayed until November 18, 2006.

_____
JUDGE KOLLAR-KOTELLY