## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles Cobb, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No.: 06-0974(JCKK)** |
| | ) |
| | ) |
| **Merrill Lynch, Pierce, Fenner** | ) |
| **& Smith, Inc., et. al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Michael Cobb, individually and on behalf of Earline Cobb, Charles Cobb, and James Cobb & Associates, P.C. ("Plaintiffs"), and Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., ("Merrill Lynch"), James Cobb, Jr., and Sabrina Cobb hereby stipulate to the dismissal of all counts of the Complaint with prejudice, with each party to bear his/her and its own costs and attorneys fees.


FOR PLAINTIFFS:                          FOR DEFENDANT MERRILL LYNCH:



_____//s//_____        _____//s//_____
Natalie Ludaway, Esq. #405149            Ira Oring, Esq., #480088
Matthew H. Goodman, Esq. #445404         Fedder and Garten
1400 K Street, N.W.                       36 South Charles Street
Suite 1000                                Suite 2300
Washington, D.C. 20005                    Baltimore, MD 21201
(202)434-9116                             (410)539-2800
Counsel for Plaintiffs                    Counsel for Merrill Lynch

FOR DEFENDANT JAMES COBB, JR.:


_____//s//_____
James E. McCollum, Jr., Esq., #398117
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
(301)864-4070
Counsel for James Cobb, Jr.


FOR DEFENDANT SABRINA COBB:


_____//s//_____
Michael Rosier, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
Counsel for Sabrina Cobb